# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

DANNY J. STARLING AND JANICE STARLING            PLAINTIFFS

v.            Civil Cause No. 1:17-cv-00216-GHD-DAS

CRAWFORD & COMPANY, *et al.*            DEFENDANTS

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Pursuant to the memorandum opinion issued this day, the Court **ORDERS** that:

1. Defendants Crawford & Company and Broadspire Services, Inc.'s 12(b)(1) motion to dismiss for lack of subject matter jurisdiction [43] is **GRANTED**;

2. Plaintiffs' claims against Defendants are **DISMISSED** without prejudice.

3. This case is **CLOSED**.

**SO ORDERED** this, the 27th day of April, 2018.

*/s/ Glen H. Davidson*
SENIOR U.S. DISTRICT JUDGE

1